**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 28th day of June, 2021.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Gregory Martinez, and | ) | Case 18-21419-rdb |
| Susan S. Martinez, | ) | |
| | ) | Chapter 13 |
| Debtors, | ) | |

AGREED ORDER GRANTING
MOTION TO SELL REAL ESTATE

    This matter comes before the Court on Debtors' Motion to Sell Real Estate. Debtors appear by their attorney, Gary Mardian. Caliber Home Loans, Inc. appears through its attorney, Stewart C. Bogart. The Chapter 13 Trustee, William H. Griffin, appears in person. There are no other appearances.

    The Court, after reviewing the file, hearing statements of counsel, and being fully informed and duly advised in the premises, finds these facts and enters the following orders:

1

1. Debtors' motion was filed on June 14, 2021. The motion was expedited. The Trustee objected on June 16, 2021. Caliber Home Loans, Inc. objected on June 21, 2021. The matter was set to a hearing on June 24, 2021. The parties have entered into an agreement.

2. Debtor Gregory Martinez is owner of real property located at 5312 Yecker Ave, Kansas City, KS 66104. The property has a legal description, to wit:

> Tract No. 32, NEARMAN HEIGHTS, an addition in Kansas City, Wyandotte County, Kansas.

3. The property is Debtors' homestead. Debtors exempted equity on Schedule C of the petition, pursuant to K.S.A. 60-2301.

4. The property is encumbered by a mortgage in favor of Caliber Home Loans, Inc. ("Caliber").

5. Debtor has executed a contract to sell the property for $225,000.00, subject to this Court's approval.

6. The closing date is July 1, 2021.

7. Stewart Title has been hired to close the sale.

8. The sale is approved on the condition that Caliber's loan balance is paid in full at closing based on the most recent payoff issued by Caliber.

9. The estimated equity is $81,186.78.

10. The Trustee will retain $5,000 from the equity. The funds will be used to pay general unsecured creditors. Payment of the $5,000 will be made by the title company directly to the Trustee.

11. Debtors will retain the remaining equity, estimated to be $76,186.78, pursuant to K.S.A. 60-2301.

12. Debtors will use their equity to complete their Chapter 13 Plan.

13. Debtors will provide final closing documents to the Trustee as proof that the mortgage loan was fully paid.

14. Debtors may execute any documents necessary for carrying out this transaction.

15. The motion is granted.

IT IS SO ORDERED.

###

Respectfully submitted by,

*s/ Gary Mardian*
Gary Mardian, Attorney at Law
KS: 24563, MO: 62057
Wiesner & Frackowiak, LC
6750 West 93rd Street, Ste. 220
Overland Park, KS 66212
TEL: (913) 381-7654
FAX: (913) 383-3948
garym@wflaw.net
Attorney for Debtors


Approved by:

Millsap & Singer, LLC

*s/ Stewart C. Bogart*
Stewart C. Bogart, #67956
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com
Attorney for Caliber Home Loans, Inc.


Approved by:

*s/ W.H. Griffin*
W. H. Griffin, Trustee
KS: 08060
5115 Roe Blvd., Suite 200

Roeland Park, KS 66205-2393
TEL: (913) 677-1311
FAX: (913) 432-7857

4